# GARFIELD *v.* UNITED STATES OF AMERICA EX REL. VAUGHAN. (3)

*Garfield* v. *United States,* 30 App. D. C. 177, applied and followed.

No. 1865.   Submitted April 7, 1908.   Decided April 8, 1908.

HEARING on an appeal by the respondent from an order of the Supreme Court of the District of Columbia directing the issuance of the writ of mandamus to the Secretary of the Interior commanding him to restore the names of the relators to the roll of members or citizenship of the Chickasaw Tribe or Nation.                                          *Affirmed.*

*Mr. Edward T. Sanford,* Assistant Attorney General and *Mr. William R. Harr,* Special Assistant to the Attorney General, for the appellant.

*Messrs. Kappler & Merillat* for the appellees.

PER CURIAM:

This case is similar in all substantial respects to that of *Garfield* v. *United States,* 30 App. D. C. 177, and, for the reasons given in the opinion in that case, must be affirmed with costs.

A writ of error to the Supreme Court of the United States was allowed April 10, 1908.